## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | | |
|---|---|---|
| James Samuel Kuykendall | § | |
| | § | |
| V. | § | NO. 9:20-CV-221 |
| | § | |
| Commissioner of Social | § | |
| Security Administration | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION DENYING PLAINTIFF'S MOTION FOR *IN FORMA PAUPERIS*

This case is referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for review and recommendation.  On November 10, 2020, Judge Hawthorn entered a report (Doc. No. 5) recommending the court deny *pro se* Plaintiff James Kuykendall's "Motion to Proceed *In Forma Pauperis*."  (Doc. No. 2.)  The court has not received an objection to the Report from the Plaintiff, and the time for doing so has passed.

It is, therefore, ORDERED that Judge Hawthorn's Report and Recommendation (Doc. No. 5) is ACCEPTED, and the Plaintiff's "Motion to Proceed *In Forma Pauperis*" (Doc. No. 2) is DENIED.  It is further ORDERED that the Plaintiff must pay the $402 filing fee within fifteen (15) days of the receipt of this order or the case will be dismissed.

So ORDERED and SIGNED, Dec 10, 2020.

Ron Clark
Senior Judge