IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| JAMES SAMUEL KUYKENDALL, § § *Plaintiff*, § § v. § § COMMISSIONER OF SOCIAL SECURITY, § § § § *Defendant*. § | CIVIL ACTION NO. 9:20-CV-221 |

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Plaintiff requests judicial review of a final decision of the Commissioner of Social Security Administration with respect to his application for disability-based benefits. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The magistrate judge submitted a report recommending that the Commissioner's decision be affirmed. The court has considered the report and recommendation filed on 7, 2022 (Doc. No. 26), and concludes that the report should be adopted. Accordingly, the court **ADOPTS** the magistrate judge's recommendation, and **AFFIRMS** the Commissioner's denial of benefits. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED** this the 26 day of **September, 2022.**

_____
Thad Heartfield
United States District Judge